UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

COMMONWEALTH LAND TITLE
INSURANCE COMPANY
    Plaintiff
    v.
MICHAEL K. SHEILS, et al
    Defendant

Case No.: 97-1855 (DRD)

RECEIVED AND FILED
99 SEP 30 PM 2:26
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| MOTION | RULING |
|---|---|
| **Date**<br>Filed: 09/29/99 Docket # 20<br>[X] Plffs    [x] Defts<br>[ ] Other<br><br>Title: MOTION FOR VOLUNTARY DISMISSAL BY STIPULATION | **ORDER**<br><br>**GRANTED.** The Court hereby approves the parties' request for voluntary dismissal of this case **with prejudice** in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure. |

DATE: September 30, 1999

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

| MOTION | RULING |
|---|---|
| **Date**<br>Filed: 09/29/99    Docket # 20<br>[X] Plffs    [X] Defts<br>[ ] Other<br><br>Title: MOTION FOR VOLUNTARY DISMISSAL BY STIPULATION | **JUDGMENT**<br><br>The Court having GRANTED on this same date the parties' request for voluntary dismissal of the above captioned case, judgment is hereby entered **dismissing** this action **with prejudice.** |

DATE: September 30, 1999

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

| Rec'd: | EOD: 21 |
|---|---|

N:\97-1855.DIS